# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**SCOOTER LYNN ROBINSON**                                                **PLAINTIFF**

**v.**                                                 **No. 4:18CV228-GHD-RP**

**PELICIA HALL, ET AL.**                                                   **DEFENDANTS**

## ORDER GRANTING PLAINTIFF'S REQUEST [16] FOR
## A PRINTED DOCKET

This matter comes before the court on the motion [16] by the plaintiff for a printout of the docket. That motion is well taken and is **GRANTED**. The Clerk of the Court is **DIRECTED** to send the plaintiff a printed copy of the docket in this case.

**SO ORDERED**, this, the 19th day of March, 2020.

                                                                  /s/    Roy Percy
                                                                   UNITED STATES MAGISTRATE JUDGE