IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SCOOTER LYNN ROBINSON**                                                                 **PLAINTIFF**

**v.**                                                           **No. 4:18CV228-GHD-RP**

**PELICIA HALL, ET AL.**                                                               **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On March 20, 2020, the court entered an order requiring the plaintiff to complete and return the forms necessary for the expeditious administration of this case. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on April 19, 2020. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the __9th__ day of September, 2021.

                                                                  /s/ Glen H. Davidson
                                                          SENIOR UNITED STATES DISTRICT JUDGE